1  **WANGER JONES HELSLEY PC**
2  265 E. River Park Circle, Suite 310
   Fresno, CA  93720
   Telephone: (559) 233-4800
3  Facsimile:  (559) 233-9330

4  Kurt F. Vote #160496
   E-mail: kvote@wjhattorneys.com
5
6  Attorneys for:    Plaintiff

**JS-6**

```
FILED
CLERK, U.S. DISTRICT COURT

03/11/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ J. Lam _____ DEPUTY
```

7

8        **THE UNITED STATES DISTRICT COURT**

9     **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10  CROOK BROTHERS, INC., a West Virginia
    corporation,
11
12              Plaintiff,
13
        v.
14
    CHEF MUMSIE'S BRANDS LIMITED
15  LIABILITY COMPANY, a California limited
    liability company a/k/a CHEF MUMSIE'S
16  BRANDS, LLC; BRIDGETTE CALETHIA
    HORTON a/k/a BRIDGETTE CALETHIA
17  McNAIR, an individual; and CANDICE
    BRIDGETT McNAIR a/k/a MERCEDES
18  BRIDGETT McNAIR, an individual,
19
                Defendants.
20

Case No. 8:24-cv-02225-JLS-ADS

**JUDGMENT BY
DEFAULT FOR SUM CERTAIN**

21        Defendants were served with the Summons and Complaint in this action as follows:
22  CHEF MUMSIE'S BRANDS LIMITED LIABILITY COMPANY a/k/a CHEF MUMSIE'S BRANDS,
23  LLC on October 29, 2024; BRIDGETTE CALETHIA HORTON a/k/a BRIDGETTE CALETHIA
24  McNAIR on November 7, 2024; and CANDICE BRIDGETT McNAIR a/k/a MERCEDES BRIDGETT
25  McNAIR  on November 27, 2024, and the time for Defendants to appear, answer or move against the
26  Complaint has expired without an appearance by Defendants.  Accordingly, pursuant to Rule 55(b)(1)
27  of the Federal Rules of Civil Procedure, it is hereby
28

1

**JUDGMENT BY DEFAULT FOR SUM CERTAIN**

4898-4557-6727. v. 1

ADJUDGED that the Plaintiff, CROOK BROTHERS, INC, recover from the Defendants CHEF MUMSIE'S BRANDS LIMITED LIABILITY COMPANY a/k/a CHEF MUMSIE'S BRANDS, LLC; BRIDGETTE CALETHIA HORTON a/k/a BRIDGETTE CALETHIA McNAIR; and CANDICE BRIDGETT McNAIR a/k/a MERCEDES BRIDGETT McNAIR, jointly and severally, the sum of $246,510.60, consisting of the principal amount claimed of $215,534.80 plus accrued service charges thereon of $21,005.00, attorney's fees of $8,330.80 (as allowed per Local Rule 55-3), and costs of $1,640.00, amounting in all to $246,510.60, plus interest on the judgment at the legal rate until the judgment is satisfied, and the Plaintiff has execution therefore.

Clerk of the Court
United States District Court – Central District

By   /s/   ~~JEnnyLau~~
_____

JUDGMENT ENTERED THIS 11 DAY OF _____March_____, 2025.

---

**JUDGMENT BY DEFAULT FOR SUM CERTAIN**

4898-4557-6727. v. 1